GRACE A. KILMER, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NEW YORK STATE RAILWAYS, Respondent, v. SECURITY TRUST COMPANY OF ROCHESTER, as Trustee under a Certain Indenture of Mortgage, etc., Appellant, Impleaded with Others, Defendants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE ATKINSON, Respondent, v. FRANK H. FALLS and Others, Appellants. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

SARA V. MURPHY, Respondent, v. UNION CENTRAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FRANCIS J. O'BRIEN, Respondent, v. MASSACHUSETT ACCIDENT COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MIKE SIKICH, Appellant, v. CLARENCE PECK, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYMAN S. MOORE, Appellant.— Time for argument of the appeal enlarged to and including March 17, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

ALEXANDER CHATELLE, Respondent, v. WILLIAM CANNON and Another, Appellants.— Appeal dismissed unless ready for argument on April 29, 1930. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

FRED A. QUIRK, as Trustee in Bankruptcy of CHARLES H. CUNNINGHAM, Bankrupt, Appellant, v. HOWE & ROGERS COMPANY and Others, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MOLLIE L. DESBECKER, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

RAY H. BRAINARD, Plaintiff, v. FOREST J. BRAINARD, Defendant.—Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.